Case 1:16-cv-00189-ILG-RML   Document 13   Filed 06/14/16   Page 1 of 2 PageID #: 62
Case 1:16-cv-00189-ILG-RML   Document 12   Filed 06/09/16   Page 1 of 2 PageID #: 60
Case 1:16-cv-00189-ILG-RML   Document 8   Filed 02/01/16   Page 3 of 8 PageID #: 29

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUN 14 2016 ★

BROOKLYN OFFICE

Approved
s/RML 6/10/16

## INITIAL CONFERENCE QUESTIONNAIRE

CASE NAME: _Domo Gist v. City et al._   DOCKET NO.: _16 cv 189_

1. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: __6/10/16__

2. If additional interrogatories beyond the 25 permitted under Rule 33(a) of the Federal Rules of Civil Procedure are needed, the maximum number by: plaintiff(s) _0_ and defendant(s) _0_

3. Maximum number of requests for admission by: plaintiff(s) _5_ and defendant(s) _5_

4. Number of depositions by plaintiff(s) of: parties _4_ non-parties ___

5. Number of depositions by defendant(s) of: parties ___ non-parties _1-2_

6. Time limits for depositions: _7 hrs._

7. Date for completion of factual discovery: _1/13/17_

8. Number of expert witnesses of plaintiff(s): ___ medical ___ non-medical
   Date for expert report(s): _11/18/16_

9. Number of expert witnesses of defendant(s): ___ medical ___ non-medical
   Date for expert report(s): _12/16/16_

10. Date for completion of expert discovery: _1/13/17_

11. Time for amendment of the pleadings by plaintiff(s) _7/1/16_ or by defendant(s) ___

12. Number of proposed additional parties to be joined by plaintiff(s) _2_ and by defendant(s) ___ and time for completion of joinder: _7/1/16_

13. Types of contemplated dispositive motions:  plaintiff(s): ___
    defendant(s): _MTD, MSJ_

14. Dates for filing contemplated dispositive motions:  plaintiff(s): ___
    defendant(s): ___

15. Have counsel reached any agreements regarding electronic discovery? If so, please describe at the initial conference.

16. Will the parties *consent to trial before a magistrate judge pursuant to 28 U.S.C. §636? (Answer no if any party declines to consent without indicating which party has declined.)
    Yes ___ No ✓

17. This case should be ordered to arbitration at the close of discovery _____ (yes/**no**)

18. This case should be ordered to mediation (now or at a later date) _____ (yes/**no**)
    (Prior to the Initial Conference, counsel shall discuss with their clients and their adversaries whether arbitration or mediation is appropriate in this case and be prepared to explain their reasons to the court)

---

* The fillable consent form AO 85 may be found at https://www.nved.uscourts.gov/forms/all-forms/general_forms and may be filed electronically upon completion prior to the initial conference, or brought to the initial conference and presented to the Court for processing.